THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ANDREW HARPER, Petitioner-Appellant.

(No. 74-288;

Fifth District—April 14, 1975.

PER CURIAM.

Stephen P. Hurley, of State Appellate Defender's Office, of Mount Vernon, for appellant.

Mary Jane Schaumleffel, State's Attorney, of Vienna, for the People.